UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ASHANTI WASHINGTON,
a/k/a "Shani Boni,"

Defendant.

**SEALED INDICTMENT**

25 Cr.

**25 CRIM 287**

### COUNTS ONE, TWO, and THREE
### (Perjury at a Federal Criminal Trial)

The Grand Jury charges:

1. On or about March 17 and 18, 2025, in the Southern District of New York, ASHANTI WASHINGTON, a/k/a "Shani Boni," the defendant, while under oath in a proceeding before a court of the United States, knowingly made a false material declaration, to wit, while under oath as a witness in a case then being tried before the United States District Court for the Southern District of New York entitled *United States v. Kevin Perez*, 23 Cr. 99 (LJL), WASHINGTON gave the following underlined false testimony:

### Count One

Q. And the defendant had a gun on him that morning, correct?

A. Yes.

Q. You touched the gun, right?

A. No.

[...]

Q. You are saying you never touched the gun?

A. No.

[...]

Q. [T]he defendant spent the previous night with you?

A. Yes.

Q. And the next morning, when you were with him, you knew he had a gun, right?

A. No.

Q. So you did not know he had a gun until he shot?

A. Yes.

Q. You did not know he had a gun?

A. No, I did not know.

Q. So you're not aware if he brought a gun to your house when he spent the night?

A. No.

Q. You have no idea?

A. No.

[...]

Q. [Y]ou had no idea the defendant had a gun on him until he shot, correct?

A. Correct.

Count Two

Q. Dougie B is a member of Sev Side/DOA, correct?

A. I don't know.

[...]

Q. In this image [Government Exhibit 1001] you are making the Sev Side/DOA gang sign with your right hand, correct?

A. No.

[...]

Q. And is it your testimony that's not the gang sign of Sev Side/DOA?

A. No, I wouldn't know. I don't know.

### Count Three

(Video [Government Exhibit 1104A-1] played)

A. Okay, yeah. That's when he [Hwascar Hernandez] was saying, like, do y'all know where you at, do y'all know where you at, and that's when he said he was about to clap us.

Q. And just to reorient us, what do you understand that to mean, when he said he was going to clap you?

A. That he's about to shoot us.

(Title 18, United States Code, Section 1623.)

### COUNT FOUR
### (Obstruction of Justice)

The Grand Jury further charges:

2.      The allegations set forth in paragraph one of this Indictment are repeated and incorporated herein by reference.

3.      On or about March 17 and 18, 2025, in the Southern District of New York, ASHANTI WASHINGTON, a/k/a "Shani Boni," the defendant, corruptly influenced, obstructed, and impeded, and endeavored to influence, obstruct, and impede, the due administration of justice, to wit, while under oath as a witness in a case then being tried before the United States District Court for the Southern District of New York entitled *United States v. Kevin Perez*, 23 Cr. 99 (LJL), WASHINGTON provided false and misleading testimony.

(Title 18, United States Code, Section 1503(a).)

### FORFEITURE ALLEGATION

4.      As a result of committing the offense alleged in Count Four of this Indictment, ASHANTI WASHINGTON, a/k/a "Shani Boni," the defendant, shall forfeit to the United States,

3

pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

## Substitute Assets Provision

5.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third person;

        c.      has been placed beyond the jurisdiction of the Court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981; Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461.)

FOREPERSON

Jay Clayton

JAY CLAYTON
United States Attorney

4