UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

    -against-

ASHANTI WASHINGTON,

             Defendant.

------------------------------------x

SCHEDULING ORDER

25 Cr. 287 (GBD)

GEORGE B. DANIELS, United States District Judge:

    An arraignment and initial conference for this case is hereby scheduled for July 16, 2025 at 9:30 a.m.

Dated: June 26, 2025
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge