

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 6, 2025

**SO ORDERED:**

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: OCT 0 7 2025

**BY ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Ashanti Washington*, 25 Cr. 287 (GBD)

Dear Judges Daniels:

At the defendant's request, the Court adjourned the conference previously scheduled for October 8, 2025, to December 11, 2025. (Dkt. 18). Accordingly, the Government requests, with the consent of the defendant, by and through defense counsel, that the Court exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) from October 8, 2025, through December 11, 2025, on the basis that the interests of the public and the defendant in a speedy trial are outweighed by the interest of the defendant in continuing to review discovery in preparation for making any pretrial motions or considering any pretrial dispositions with the Government.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:  *Michael R Herman*

Michael Herman / Patrick Moroney / Ni Qian
Assistant United States Attorneys
(212) 637-2221 / -2665 / -2364

CC: Defense counsel (by ECF)