UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

                         1:25-CR-00287-GBD-1

    -against-                       **ORDER**

Ashanti Washington,

    Defendant.
------------------------------------------------------------X

George B. Daniels, United States District Judge:

    It is hereby ORDERED that the defendant's bail be modified to include the following condition of release:

    (1)    Substance abuse testing and treatment as directed by Pretrial Services

Dated:  New York, New York
          October 28, 2025

                                                       _George B. Daniels_
                                                    George B. Daniels
                                               United States District Judge