# RICHARD PALMA
**ATTORNEY AT LAW**
**225 BROADWAY- SUITE 715**
**NEW YORK, NEW YORK 10007**

**MEMBER OF THE BAR**
**NEW YORK**

**TEL. (212) 686-8111**
**E-MAIL -  rpalma177@gmail.com**

February 27, 2026

**ECF**

Honorable George B. Daniels
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: U.S. v. Washington, 25 Cr. 287 (GBD)
      Defense Will Not File Pretrial Motions. Fed. R. Crim. P. 12 ,.

Dear Judge Daniels:

  In accordance with the Court's instructions this is to inform Your Honor that after consulting with Ms. Washington we will not file pretrial motions under Fed. R. Crim. P 12.

  Thank you.

      Respectfully submitted,

      *Richard Palma*
      Richard Palma