# RICHARD PALMA
**ATTORNEY AT LAW**
**225 BROADWAY- SUITE 715**
**NEW YORK, NEW YORK 10007**

**MEMBER OF THE BAR**                                          **TEL. (212) 686-8111**
**NEW YORK**                                                   **E-MAIL -  rpalma177@gmail.com**

March 10, 2026

**ECF**

Honorable George B. Daniels
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    U.S. v. Washington, 25 Cr. 287 (GBD)
>        Defense Update on Washington's Georgia State DUI case,
>        and Motion for Modification of Pretrial Supervision Conditions.

Dear Judge Daniels:

In accordance with the Court's instructions this is to inform Your Honor of Ms. Washington's Georgia State arrest which was resolved yesterday with a "Nolo Plea" to a traffic infraction and a fine with 12 months' probation. See attached letter.

On her behalf I request that Your Honor modify her pretrial supervision conditions by having electronic monitoring removed.  But for this state arrest, since her July 11, 2025 release on bail, she has complied with all her conditions of release: she has reported to U.S. Pretrial, has maintained verifiable employment, intends to return to school, and lives with her child and mother in Georgia.

For these reasons, we ask the Court to grant this request.

 Thank you.

Respectfully submitted,

*Richard Palma*

Richard Palma