

# THE MUNICIPAL COURT OF ATLANTA
## STATE OF GEORGIA

**CITY OF ATLANTA** )

**VS** )

**WASHINGTON, ASHANTI PAIGE** )

Case Number: **25TR087963**

Incident Number: 255001364

12360 WALKER SPRINGS RD
GAINESTOWN, AL 36540
DOB: 04/03/2002

**Total Due:** $ 1,722.00

Next Court Date: Monday, March 9, 2026 **at** 9:00 AM

Courtroom 6B

Judge HERMAN L SLOAN

---

Case Charge #: 1

Citation #: E05775686
Violation #: 40-6-40

**VEHICLES TO DRIVE ON RIGHT SIDE OF ROADWAY; EXCEPTIONS; IMPEDING TRAFFIC**

DISPOSITION:

Plea:
Jail: **0 day(s)**
Fine: **$ 289.00** ( Base Fine: **$ 200.00** + Surcharges: **$ 89.00** )
Probation: **12 months**
Other: **12 months probation concurrent**

Charge: **PROBATION NOLO PLEA**