**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA, :

-against- :

ASHANTI WASHINGTON, :

Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

25 Cr. 287 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Court conference currently scheduled for July 9, 2026, is hereby adjourned to July 16, 2026, at 9:30 a.m.

Dated: July 6, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge