UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ASHANTI WASHINGTON,<br><br>Defendant. | [~~PROPOSED~~] **ORDER**<br><br>**25 Cr. 287 (GBD)** |

WHEREAS, with the defendant's consent, her guilty plea allocution was made before United States Magistrate Judge Robyn F. Tarnofsky on July 23, 2026;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated: New York, New York
July , 2026 JUL 2 7 2026

George B. Daniels

HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK