Case 1:25-cr-00287-GBD Document 41 Filed 07/28/26 Page 1 of 1

**RICHARD PALMA**
ATTORNEY AT LAW
225 BROADWAY- SUITE 715
NEW YORK, NEW YORK 10007

MEMBER OF THE BAR
NEW YORK

TEL. (212) 686-8111
E-MAIL - rpalma177@gmail.com

July 28, 2026

**ECF**

SO ORDERED:

George B. Daniels

George B. Daniels, U.S.D.J.

Dated: JUL 28 2026

Honorable George B. Daniels
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: U.S. v. Washington, 25 Cr. 287 (GBD)
Defense request to file interim CJA 20 voucher.

Dear Judge Daniels:

I respectfully request permission to file an interim CJA 20 voucher in the above-captioned case.

If there are any questions, I can be reached immediately by cell phone at 917-751-5754.

Thank you.

Respectfully submitted,
Richard Palma
Richard Palma