**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

ASHANTI WASHINGTON,

Defendant.

ORDER

25 Cr. 287 (GBD)

GEORGE B. DANIELS, United States District Judge:

Sentencing is hereby scheduled for January 13, 2027, at 10 a.m.

Dated: August 3, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge